for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Bates, Hicks & Folonie, for appellant. Nash & Ahern and John F. Cashin, Jr., for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Christian Chancy, appellee, v. Eugene Braslawsky, appellant. Gen. No. 27,173.**

Trespass on the case on promises for money received for the use of plaintiff. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

E. T. Noonan, for appellant; Walter F. Cooling, of counsel. Jose W. Hoover, for appellee; George B. Cohen, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Neva A. Deffler, appellant, v. William Waddell et al., appellees. Gen. No. 27,196.**

Action of forcible detainer. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. Rehearing denied and opinion modified July 10, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Bangs & Frankhauser, for appellant. Charles L. Bartlett, Herbert W. Becker and Samuel G. Grodson, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

**Sergy P. Riabushinski et al., trading as Moscow Automobile Works, appellees, v. United States Fidelity & Guaranty Company, appellant. Gen. No. 27,209.**

Action on a bond for default of defendant's principal in an agreement to deliver certain tools and materials to plaintiffs. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Zimmerman, Mack & Garrett, for appellant. Darrow, Sissman, Holly & Carlin, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

**Illinois Moulding Company, appellee, v. W. A. Davis Lumber Company, appellant. Gen. No. 27,230.**

Action for failure to deliver lumber ordered by plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. Rehearing denied July 10, 1922.

McGoorty, Silber, Isaacs & Woley, for appellant. Moses, Rosenthal & Kennedy, for appellee; Hirsch E. Soble, of counsel.

Mr. Justice Matchett delivered the opinion of the court.